Return Date: January 29, 2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

Aaron Wade Cotto

Case No. 1-25-41181-NHL

Debtor(s)

Chapter 7

------------------------------------------------------------x

State Realty LLC

Plaintiff(s)

-against-

Aaron Wade Cotto

Adv. Proc. No. 1-25-01060-NHL

Defendant(s).
------------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, a hearing will be held at the U.S. Bankruptcy Court for the Eastern District of New York, located at 271-C Cadman Plaza East, Brooklyn, New York 11201, before the Honorable Judge Lord*, United States Bankruptcy Judge, to consider the motion for an order granting relief as follows: Dismissing the adversary proceeding in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6),made applicable by Federal Rule of Bankruptcy Procedure 7012; Permitting the Defendant's Chapter 7 case to proceed toward discharge; and Granting such other and further relief as the Court deems just and proper.

**Date of hearing:** January 29, 2026 **Time:** 10:30 a.m.

*All hearings before Judge Lord are held by phone or video. Parties will receive hearing instructions after completing registration on eCourt Appearances.

**Register for Hearing:** All parties must register 2-3 days prior to hearing on eCourt Appearances at *https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.* Parties will receive hearing instructions by email after registration on eCourt Appearances is completed.

Responsive papers shall be filed with the bankruptcy court no later than seven (7) days prior to the hearing date set forth above.

Dated: 1/9/26

Signature: Aaron Wade Cotto
Print name: Aaron Wade Cotto
Address: 470 E 45th Street
Brooklyn , NY , 11203
Phone: 9179570270
Email: Aaroncotto1@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

Aaron Wade Cotto

Case No. 1-25-41181-NHL

Debtor(s)

Chapter 7
------------------------------------------------------------x
State Realty LLC

Plaintiff(s),

-against-

Aaron Wade Cotto

Adv. Proc. No. 1-25-01060-NHL

Defendant(s).
------------------------------------------------------------X

**APPLICATION IN SUPPORT OF MOTION**

**TO THE HON.** Judge Lord*, **Bankruptcy Judge**

The undersigned makes this application in support of my motion for the relief stated in the Notice of Motion. In support of this motion, I hereby allege as follows:

Plaintiff Failed to Prove Fraud Under 11 U.S.C. §523(a)(2) - The Plaintiff has failed to identify any specific false statement, intent to deceive, reliance, or damages. No such proof has been presented in this case. Plaintiff Failed to Prove Abuse Under 11 U.S.C. §707(b) - The Plaintiff haspresented no evidence of abuse, bad faith, or failure of the means test.The Chapter 7 Trustee did not file any objection, motion to dismiss, or report indicating abuse of the bankruptcy process.The Defendant fully disclosed all required financial information, filed complete and accurate schedules, attended the §341 Meeting of Creditors, and cooperated fully with the Chapter 7 Trustee. The Trustee raised no concerns regarding missing, concealed, or inaccurate information. Plaintiff Has Received Multiple Adjournments and Further Delay Prejudices the Debtor . The Plaintiff has already been granted two adjournments in this adversary proceeding, yet has still failed to produce evidence supporting its claims.

Wherefore, Applicant prays for an Order granting the relief requested.

Dated: 1/9/26

Aaron Wade Cotto
Signature

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Aaron Wade Cotto

Case No. 1-25-41181-NHL

Debtor(s)

Chapter 7
-----------------------------------------------------------x
State Realty LLC

Plaintiff(s),

-against-

Adv. Proc. No. 1-25-01060-NHL

Aaron Wade Cotto

Defendant(s).
-----------------------------------------------------------X

**CERTIFICATE OF SERVICE**

The undersigned certifies that on 01/09/2026, a copy of the annexed Motion was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon ***[below specify the name and mailing address of each party served]***:

Trustee and U.S. Trustee served electronically by ECF.

Plaintiff : State realty
LLC
Michael Bacodari

PO BOX 1982 New
York , New York
10101

Dated: 1/9/26

Aaron Wade Cotto
________________________________
Signature